# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| CATHIE VERES, on behalf of herself and others similarly situated, | : | Case No. 1:24-cv-01356-BMB |
| | : | |
| | : | Judge Bridget Meehan Brennan |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| SP DATA DIGITAL LLC, et al., | : | |
| | : | |
| Defendants. | : | |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Cathie Veres and

Defendants SP Data Digital LLC and American Broadband Holding Company d/b/a Fastwyre

Broadband hereby respectfully submit this Stipulation of Dismissal of all claims without

prejudice.

Respectfully submitted,

<table>
<tr><td>

**/s/ Brian K. Murphy**
Brian K. Murphy (0070654)
Jonathan P. Misny (0090673)
Murray Murphy Moul + Basil LLP
1114 Dublin Road
Columbus, OH  43215
Telephone: 614.488.0400
Facsimile: 614.488.0401
Email: murphy@mmmb.com
    misny@mmmb.com

Anthony I. Paronich (admitted *pro hac vice*)
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Telephone: 508.221.1510
E-mail: anthony@paronichlaw.com

*Counsel for Plaintiff*

</td><td>

**/s/ Thomas R. Simmons, per auth. 5/22/26**
Thomas R. Simmons (0062422)
Meghan E. McDonnell (0102176)
Tucker Ellis LLP
950 Main Avenue, Suite 1100
Cleveland, OH 44113
Telephone: 216.592.5000
Facsimile: 216.592.5009
Email:  thomas.simmons@tuckerellis.com
    meghan.mcdonnell@tuckerellis.com

*Counsel for Defendant SP Data Digital LLC*

</td></tr>
</table>

**/s/ Andrew J. Scavotto, per auth. 5/21/26**
Julie A. Crocker (0081231)
Taft Stettinius & Hollister LLP
200 Public Square, Suite 3500
Cleveland, OH 44114-2302
Telephone: 216.241.2838
Facsimile: 216.241.3707
Email: jcrocker@taftlaw.com

Isaac J. Colunga (admitted *pro hac vice)*
Taft Stettinius & Hollister LLP
111 E. Wacker Drive, Suite 2600
Chicago, IL 60601-4208
Telephone: 312.836.4156
Facsimile: 312.527.4000
Email: icolunga@taftlaw.com

Andrew J. Scavotto (admitted *pro hac vice)*
Stinson LLP
7700 Forsyth Blvd., Suite 1100
St. Louis, MO 63105
Telephone: 314.863.0800
Facsimile: 314.863.9388
Email: andrew.scavotto@stinson.com

*Counsel for Defendant American Broadband*
*Holding Company (dba Fastwyre Broadband)*

2