UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| CATHIE VERES, | ) | CASE NO.  1:24-cv-01356 |
| | ) | |
| Plaintiff, | ) | JUDGE BRIDGET MEEHAN BRENNAN |
| | ) | |
| v. | ) | |
| | ) | |
| SP DATA DIGITAL LLC, *et al.*, | ) | **ORDER** |
| | ) | |
| Defendants. | ) | |

On May 22, 2026, Plaintiff Cathie Veres and Defendants SP Data Digital LLC and

American Broadband Holding Company filed a Stipulated Notice of Dismissal of all Claims

Without Prejudice.  (Doc. 37.)  Pursuant to Rule 41(a)(1)(A)(ii), the individual claims asserted

against Defendants are DISMISSED without prejudice.

This case is CLOSED.

**IT IS SO ORDERED.**

Date:   May 29, 2026

_____
BRIDGET MEEHAN BRENNAN
UNITED STATES DISTRICT JUDGE